IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Maryanne Motycka,<br><br>Plaintiff,<br><br>v.<br><br>Silverado Saint Charles LLC, and Silverado Home Office and Unknown Silverado defendants<br><br>Defendants. | Case No.:<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT

### PARTIES

1. Maryanne Motycka ("Nicole") is an experienced and high-level nurse. Nicole resides at 516 Van Nortwick Ave, Batavia IL, 60510.

2. Defendant, Silverado Saint Charlles LLC, is located at 4058 East Main St., Saint Charles, IL. Defendant, Silverado Home Office is located at 6400 Oak Canyon, Suite 200, Irvine CA 92618. These two entities and the unknown Silverado defendants are collectively referred to as "Silverado" and/or Defendants.

### JURISDICTION AND VENUE

3. On January 29, 2024, Nicole filed a timely charge of discrimination with the United States Equal Employment Opportunity Commission ("EEOC") complaining of the unlawful discriminatory acts alleged herein and obtained from it a notice of Right to sue dated, May 30, 2024, less than ninety (90) days from the filing of this Complaint.

1

4. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§1331, 1332, and 1343 and 42 U.S.C. §§20003-5(f)(3). This Court has supplemental jurisdiction over Nicole's state court claims pursuant to 28 U.S.C. §1367.

5. Venue is proper in the Northern District of Illinois because Defendants conduct business here, and the acts that formed the basis for the lawsuit occurred here. *See* 28 U.S.C. §1391(b)(1)(2).

**FACTS**

6. Nicole was hired in late June 2022 as the Director of Health Services ("DHS") at Silverado with the opportunity to become the administrator of the Silverado, St. Charles facility, within approximately one year.

7. At this location, Silverado is listed with the Illinois Secretary of State as "Silverado St. Charles, LLC." Nicole's contract states that it is with "Silverado" and was mailed to her by Mikayala Hoffman, Recruiter, Silverado Home Office. Through her counsel, Nicole had had communications with the Silverado's Home Office at 6400 Oak Canyon, Suite 200, Irvine CA 92618. This Complaint is submitted against Silverado St. Charles LLC and Silverado which is located the Home Office in CA. Nicole is unaware of Silverado's corporate structure and further submits her complaint against any other Silverado entity that was involved in the acts set forth herein. As set forth above, "Silverado" and Defendants shall mean Silverado Saint Charles LLC, Silverado located at the Home Office in Irvine, CA and any other Silverado entity involved in the conduct detailed herein.

8. In November 2022, Jen Yarbrough (Nicole's boss and supervisor) and Tana McMillon (OPS Director at Silverado) officially placed Nicole in the administrator in training

2

("AIT ") role at Silverado, and between November 2022 and January 2023, Nicole served as both the DHS and AIT. Starting in January 2023, Nicole only served as AIT.

9. In December 2022, Nicole informed Ms. Yarbrough that she was pregnant. Ms. Yarbrough's immediate response was to inform Nicole that she had to jump on several phone calls about this situation. What followed was a series of machinations designed to prevent Nicole from being promoted.

10. Nicole was told to let Trinidad Deguzman--who was promoted to DHS in January 2023--fail at her job. This was designed to make both Nicole and Trinidad look as if they were incapable. Tellingly, Nicole had expressed concerns about Ms. Deguzman being promoted in the first instance.

11. Nicole was further told that she was not needed and that Ms. Yarbrough did not care if she stayed in her office all day long and did nothing. This conduct continued through March, 2023.

12. In March, Nicole was told that she had to choose between being the DHS or pursuing an AIT position. She was further told that she had 24 hours to decide and that the AIT program would now require that she attend a formal training program in May that she did not think she could complete because of her pregnancy.

13. Nicole was further told on about March 19, 2023 that she did not receive the promotion because she was pregnant. Ms. Yarbrough also told her that she would be on any calls that Nicole had with upper management about her situation. Feeling the pressure to keep a job, Nicole chose the DHS position.

14. Nicole, who has three children, also was told by Ms. Yarbrough that she could not do her job with so many children. Nicole was also inconsistently told that she should not return

after her maternity leave and asked if she would return early from maternity leave if she were offered financial compensation to do so. Statements such as these were routinely made by Ms. Yarbrough to Nicole, including in the presence of co-employee, Brittany Krause.

15. In May 2023, Nicole was also told with two regional supervisors present that she could not be promoted to administrator due to her upcoming maternity leave.

16. The statements continued though roughly the end of May 2023 when Ms. Yarbrough was terminated by Silverado. The termination was unrelated to Ms. Yarbrough's misconduct toward Nicole.

17. On September 29, 2023, Nicole, through an attorney, wrote to Silverado and requested that Silverado take remedial action and help her get her career back on track when she returned from her pregnancy leave.

18. In October 2023, Nicole returned to work. Rather than helping Nicole get her career back on track, Silverado took precisely the opposite tact.

19. Silverado assigned Melissa Palmer, Silverado's Regional Clinical Nurse, to oversee Nicole's work. This had never occurred before, and there are no adverse reports in Nicole's personnel file. This was done to further intimidate Nicole.

20. Further, Silverado had an Administrator at the Saint Charles location, and there was no prospect of Nicole becoming the Administrator as she had been promised.

21. Nicole was also falsely told that her staff had lost confidence in her.

22. Tired of the abuse, Nicole resigned and has taken a position that pays less money and offers less of an opportunity for career advancement.

23. Silverado has engaged in classic pregnancy discrimination, gender discrimination and impermissibly created a hostile work environment.

4

## FIRST CAUSE OF ACTION: DISCRIMINATION UNDER TITLE VII
### (Discrimination Based on Nicole's Pregnancy)

24.     Nicole incorporates by reference ¶¶1-23

25.     In violation of Title VII, as amended by the Pregnancy Discrimination Act, Silverado discriminated against Nicole on the basis of her sex, which includes pregnancy.

26.     In taking the above-described discriminatory actions, Silverado acted with malice and reckless indifference to Nicole's rights.

27.     Nicole has lost wages, promotional opportunities, and other benefits and compensation and has suffered and continues to suffer metal anguish, emotional distress, humiliation, and other injuries as result of Silverado's misconduct.

## SECOND CAUSE OF ACTION: RETALIATION UNDER TITLE VII
### (Treatment of Nicole When She Returned to Silverado)

28.     Nicole incorporates by reference ¶¶ 1-27.

29.     In violation of Title VII, as amended by the Pregnancy Discrimination Act, Silverado retaliated against Nicole when she returned to work.

30.     In taking the above-described discriminatory actions, Silverado acted with malice and reckless indifference to Nicole's rights.

31.     Nicole has lost wages, promotional opportunities, and other benefits and compensation and has suffered and continues to suffer metal anguish, emotional distress, humiliation, and other injuries as result of Silverado's misconduct.

## THIRD CAUSE OF ACTION: DISABIPLITY DISCRIMINATION UNDER THE ADA
### (Treatment of Nicole When She Returned to Silverado)

32.     Nicole incorporates by reference ¶¶ 1-31.

5

33. In violation of the ADA, Silverado discriminated against Nicole based upon a known disability.

34. Nicole has lost wages, promotional opportunities, and other benefits and compensation and has suffered and continues to suffer metal anguish, emotional distress, humiliation, and other injuries as result of Silverado's misconduct.

## FOURTH CAUSE OF ACTION: ADA RETALIATION

35. Nicole incorporates by reference ¶¶ 1-34.

36. In violation of the ADA, Silverado unlawfully retaliated against Nicole.

37. Nicole has lost wages, promotional opportunities, and other benefits and compensation and has suffered and continues to suffer metal anguish, emotional distress, humiliation, and other injuries as result of Silverado's misconduct.

## FIFTH CAUSE OF ACTION: VIOLATION OF THE IHRA

38. Nicole incorporates by reference ¶¶ 1-37.

39. In violation of the IHRA, including 775 ILCS 5/102(j), Silverado has discriminated against Nicole.

40. Nicole has lost wages, promotional opportunities, and other benefits and compensation and has suffered and continues to suffer metal anguish, emotional distress, humiliation, and other injuries as result of Silverado's misconduct

## PRAYER FOR RELIEF

Wherefore, Nicole requests that this Court enter a judgment:

(a) Declaring that Silverado has violated Title VII, the Pregnancy Discrimination Act, the ADA, and the IHRA;

(b) Enjoining and restraining these violations of law;

6

(c)    Directing Silverado to make Nicole whole for all earnings she would have received but for Silverado's misconduct;

(d)    Directing Silverado to pay Nicole compensatory damages;

(e)    Awarding Nicole costs and attorney fees;

(f)    Awarding punitive damages; and

(g)    Awarding all other relief that is just and proper.

**Pursuant to Fed R. Civ. P. 38(b), Nicole demands a jury trial.**

Respectfully submitted,

/s/Stephen Scallan
STEPHEN SCALLAN

Stephen Scallan
Staes & Scallan, P.C.
53 W. Jackson St.
Suite 560
Chicago, Illinois 60604
(312) 631-3139
Atty No. 53310

7